

**U.S. Department of Justice**
*United States Attorney*
*District of New Jersey*

PAUL J. FISHMAN
*United States Attorney*

*Peter Rodino Federal Building*
*970 Broad Street*
*Suite 700*
*Newark, New Jersey 07102*
*973/645-2700*

August 27, 2012

**VIA E-MAIL**
Hon. Esther Salas
United States District Court
Martin Luther King Jr. Federal Building & Courthouse
50 Walnut Street
Newark, New Jersey 07101

Re: <u>United States v. Kevin Roberts, 11-594</u>

Dear Judge Salas:

I write to request an adjournment of the Government's sur-reply brief in this matter, which is currently due on September 7, 2012. I am currently preparing for trial in *United States v. Jimmil Henderson*, Crim. No. 11-410 (JHR), which is scheduled to start on September 10, 2012 in Camden before Judge Joseph H. Rodriguez, U.S.D.J. The Government submits that an extension of time to file its sur-reply brief to the above-referenced motion would be in the interest of justice. The additional time will afford me the opportunity to complete my trial preparation and the trial, and to gather the necessary information to prepare my response. Accordingly, I am requesting an extension of time to file my sur-reply brief to October 3, 2012.

Thank you for your attention to this matter.

Respectfully Submitted,

PAUL J. FISHMAN
United States Attorney

BY: _____
DARA AQUILA GOVAN
Assistant United States Attorney

cc: K. Anthony Thomas (via e-mail)

*Granted. So Ordered.*

**ESTHER SALAS, U.S.D.J.**